**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Erica Itzhak*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
Tel (212) 216-8000
Fax (212) 216-8001
Scott S. Markowitz, Esq.
Jacob B. Gabor, Esq.
smarkowitz@tarterkrinsky.com
jgabor@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

ERICA ITZHAK,

Debtor.

Chapter 11

Case No.: 24-10669 (JPM)

-----------------------------------------------------------x

ERICA ITZHAK,

Plaintiff,

– v –

YOSSEF KAHLON,

Defendant.

Adv. Pro. No. 25-01029 (JPM)

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

Carnell Pope, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Union, State of New Jersey.

On February 5, 2025, I served true copies of the following documents: (i) ***Debtor's Complaint to Avoid Transfer Pursuant to 11 U.S.C. Section 547*** [ECF Dkt. No. 1], and (ii) ***Summons and Notice of Pretrial Conference in an Adversary Proceeding*** [ECF Dkt. No. 2] via first class mail by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York to the last known mailing address of the parties listed below:

092126\RF71067889.v1

Yossef Kahlon
9 Stream Court
Great Neck, NY 11023

Yossef Kahlon
c/o David H. Haft, Esq.
Lewis Brisbois Bisgaard & Smith LLP
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, FL 33301

_Carnell Pope_ (signature)

Carnell Pope

Sworn to before me this 17th
day of February 2025

_signature_

Notary Public

BEVERLY R. NACHIMSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6153052
Qualified in New York County
Commission Expires September 25, 2026